UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOU E. JOHNSON,<br><br>          Plaintiff,<br>v.<br><br>ANTHONY ZAGORI, LEO P. MCGUIRE, DONALD CRANDALL, PETER SERVIDIO, JEFF DICOSTANZO, MATTHEW MURRAY, GERARD LOMBARDO, VANESSA GUICO, and JOHN DOE,<br><br>          Defendants. | Civil Action No. 09-4934 (SDW)<br><br>**AMENDED ORDER**<br><br>May 26, 2010 |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed April 30, 2010, regarding Plaintiff's motion to remand pursuant to 28 U.S.C. § 1447(c) to the Superior Court of New Jersey, Law Division, Bergen County. Defendants oppose the motion. Plaintiff's objection, although untimely, was considered by the Court.

The Court has reviewed the R&R and the briefs and documents on file in this matter. Based on the foregoing, and for good cause shown,

IT IS, on this 26th day of May, 2010,

**ORDERED** that the R&R of Magistrate Judge Arleo filed April 30, 2010, is **ADOPTED** as the conclusions of law of this Court; and it is further

2

**ORDERED** that Plaintiff's motion seeking to remand the pending matter (Docket Entry No. 2) is **DENIED**.

<u>s/ Susan D. Wigenton, U.S.D.J.</u>

cc:   Magistrate Judge Madeline C. Arleo